UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CARILLO,<br><br>              Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant. | 1:09-cv-00904-JLT<br><br>ORDER GRANTING STIPULATION TO DISMISS<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice with each party to bear its own fees, costs, and expenses. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  **April 2, 2010**                          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE